1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8    In re RONALD LEE CANADA,              No. C-12-5370 TEH (PR)

9    _____/

10   RONALD CANADA,                        No. C-12-5455 TEH (PR)

11          Plaintiff,

12             v.                          ORDER OF DISMISSAL

13   PSYCHIATRIC SERVICES UNIT,

14          Defendant.

15   _____/

16          On October 17, 2012, Plaintiff Ronald Lee Canada, an

17   inmate currently housed at Pelican Bay State Prison (PBSP),

18   commenced case number C 12-5370 TEH when he filed a one-page letter

19   with the Court alleging that Officer Nelson at the California State

20   Prison at Sacramento New Folsom retaliated against him for filing

21   lawsuits and denied him access to the Court.  C 12-5370 TEH, Doc.

22   #1.  On October 22, 2012, Plaintiff commenced case number C 12-5455

23   TEH when he filed a one-page letter with the Court alleging that

24   PBSP clinician Beegle introduced false information into Plaintiff's

25   mental health assessment report.  C 12-5455 TEH, Doc. #1.

26          In both cases, the Court sent Plaintiff a notice to

27   complete his in forma pauperis (IFP) application within thirty days

28

United States District Court
For the Northern District of California

1  of the date of the notice or the case would be dismissed.  The IFP

2  applications were due on November 26, 2012.  On November 8, 2012,

3  the Court notified Plaintiff that he was required to file a

4  complaint in each case in addition to his IFP applications.  The

5  deadline for filing the complaints was December 7, 2012.  The Court

6  also re-set the deadline for filing the IFP applications to December

7  7, 2012, so that all documents would be due on the same date.

8       To date, Plaintiff has filed no other documents in these

9  cases.  The deadline to file the IFP applications and complaints has

10  passed, and Plaintiff has not filed a complaint or IFP application

11  in either case.  These actions, therefore, are DISMISSED WITHOUT

12  PREJUDICE for failure to file a complaint and IFP application.

13       The Clerk shall terminate all pending motions as moot and

14  close the files.

15

16       IT IS SO ORDERED.

17

18  DATED      01/07/2013

19                                    THELTON E. HENDERSON
                                      United States District Judge

20

21

22

23

G:\PRO-SE\TEH\CR.12\Canada 12-5370 12-5455 DIS.wpd
24

25

26

27

28                                    2